IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VARGAS | : | CIVIL ACTION |
| v. | : | |
| WAL-MART | : | NO. 02-2619 |

### O R D E R

AND NOW, this 10th day of December, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Berle M. Schiller to the calendar of the Honorable James Knoll Gardner.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court